# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159450

LAW OFFICES OF JEFFREY SHERBOW, PC,
      Plaintiff-Appellee,

v

FIEGER & FIEGER, PC, d/b/a FIEGER, FIEGER,
KENNEY & HARRINGTON, PC,
      Defendant-Appellant.

_____/

SC: 159450
COA: 338997
Oakland CC: 2015-147488-CB

On order of the Court, the application for leave to appeal the January 15, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether Michigan Rule of Professional Conduct (MRPC) 1.5(e) requires the client to have an attorney-client relationship with all participating lawyers; (2) if so, what are the parameters of such relationship and how is it formed; (3) which party carries the burden with respect to a contract's compliance with MRPC 1.5(e), see *Palenkas v Beaumont Hosp*, 432 Mich 527, 548-550 (1989); and (4) if an attorney-client relationship with all participating lawyers is required under MRPC 1.5(e), whether reversal is required in this case. See MCR 2.613(A); *Cox v Bd of Hosp Managers for City of Flint*, 467 Mich 1, 15 (2002). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Litigation, Negligence Law, and Solo and Small Firm Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



b0129

Clerk